FILED

AUG 28 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED

AUG 28 2018

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No.   EC-18-1191 |
| DAVID DIAZ MADRIZ, | Bk. No.   18-23509 |
| Debtor. | District No.<br>2:18-mc-0132 MCE EFB<br>(BK)(PS) |
| DAVID DIAZ MADRIZ, | |
| Appellant, | |
| v. | **ORDER TRANSFERRING IFP MOTION<br>TO DISTRICT COURT** |
| JAN P. JOHNSON, TRUSTEE, | |
| Appellee. | |

Before:   SPRAKER and TAYLOR, Bankruptcy Judges.

Appellant filed a motion for leave to proceed in forma
pauperis with respect to this appeal ("IFP Motion"). An order was
issued by the BAP Clerk, giving the bankruptcy court the
opportunity to make a certification under 28 U.S.C. § 1915(a)(3)
regarding whether the appeal is frivolous. The bankruptcy court
did not make a certification regarding whether the appeal is
frivolous.

Under the holding of *Perroton v. Gray (In re Perroton)*, 958
F.2d 889 (9th Cir. 1992) and *Determan v. Sandoval (In re
Sandoval)*, 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy
Appellate Panel has no authority to grant or deny in forma

pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

Therefore, appellant's IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion.

It is appellant's responsibility to take all necessary steps to have the IFP Motion considered by the district court within a reasonable period of time.

No later than **Thursday, September 27, 2018**, appellant must file with the Panel and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps appellant has taken to have the IFP Motion considered by the district court. For the convenience of the district court, copies of the notice of appeal, the orders on appeal, and the IFP Motion are attached to this order.

Failure to comply with the requirements of this order may result in dismissal of this appeal for lack of prosecution without further notice to the parties. 9th Cir. BAP R. 8018(a)-2.

2

H

ltas

FILED

JUL 18 2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

$0.00

1  David D. Madriz, Jr.
   112 Trinity Street
2  Woodland, California 95695
   (916) 583-3236
3  [Email- don_madriz@yahoo.com]

4  Debtor, In Pro Per
5

6

7
                    UNITED STATES BANKRUPTCY COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9
10                       SACRAMENTO DIVISION

11  IN REGARDS The Bankruptcy of          )
                                          ) Case No.:  18-23509
12  David D. Madriz, Jr.,                 ) Adv.  Proc. No.:  TBD
                                          )
13              Debtor,                   )
                                          )
14  David D. Madriz, Jr.,                 ) NOTICE OF APPEAL
                Plaintiff,                )
15                                        )
                                          )
16                                        )
            v.                            )
17                                        )
    Kaiser Pernamente, David Moller, M.D. )
18  and Does 1-100                        )
                Defendants.               )
19                                        )
                                          )
20

21
        PETITIONER APPEALS FROM THE JUDGEMENT/ORDER OF DENIAL OF
22
    DEBTOR'S/PLAITIFF'S MOTION TO VACATE SAID ORER
23

24  Dated    July 17, 2018            Respectfully submitted by,
25
26                                    David D. Madriz, Jr.
27

28

9

1      UNITED STATES BANKRUPTCY COURT

2        EASTERN DISTRICT OF CALIFORNIA

3

4    In re:                    )        Case No. 18-23509-B-13
                               )
5                              )
     DAVID DIAZ MADRIZ,        )        **FILED**
6                              )
                               )        JUL - 3 2018
7                Debtor(s).    )
                               )        UNITED STATES BANKRUPTCY COURT
8    _____)       EASTERN DISTRICT OF CALIFORNIA

9

       **ORDER DENYING MOTION TO VACATE DISMISSAL, WITHOUT PREJUDICE**
10        **TO THE FILING OF A NEW CASE, AND DENYING MOTION TO**
                    **EXTEND AUTOMATIC STAY**
11

12
         Debtor has filed a motion to vacate dismissal of this
13
     chapter 13 case.  The motion will be denied, without prejudice to
14
     the filing of a new chapter 13 case.  In addition, the motion to
15
     extend the automatic stay for thirty days will be denied.
16
         This case was dismissed on June 15, 2018, because debtor
17
     failed to file documents timely.  The appropriate way to provide
18
     bankruptcy relief is to require that a new case be filed.
19
         IT IS ORDERED that the motion to vacate dismissal is DENIED,
20
     without prejudice to the filing of a new case.
21
         IT IS FURTHER ORDERED that the motion to extend the
22
     automatic stay is DENIED.
23
             Dated: July 3, 2018.
24

25
                    UNITED STATES BANKRUPTCY JUDGE
26

27

5