UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>DAVID DIAZ MADRIZ,<br><br>        Debtor.<br><br>DAVID DIAZ MADRIZ,<br><br>        Appellant,<br><br>    v.<br><br>JAN P. JOHNSON, TRUSTEE,<br><br>        Appellee. | No. 2:18-mc-132-MCE-EFB<br><br>BAP No. EC-18-1191<br><br>BK. No. 18-23509<br><br><br><br><br><u>ORDER</u> |

Debtor has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis* in the above-captioned appeal from the U.S. Bankruptcy Court, and has submitted the affidavit required thereunder which demonstrates that he is unable to prepay fees and costs or give security for them. He therefore meets the requirements of § 1915 and his request is granted.

Accordingly, it is hereby ORDERED that:

1. The request to proceed *in forma pauperis* is granted. 28 U.S.C. § 1915(a); and

/////

2. The Clerk is directed to serve a copy of this order on the Clerk, U.S. Bankruptcy Court.

DATED: September 19, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE